1

2  Attorneys for Plaintiffs,
   Bubalo Hiestand & Rotman, PLC
3  9300 Shelbyville Road, Suite 215
   Louisville, KY 40222
4  (502) 753-1600

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12                                    )  **Case No. 3:06-cv-03177-CRB**
   IN RE: BEXTRA AND CELEBREX         )
13  MARKETING SALES PRACTICES AND     )  **MDL NO. 1699**
   PRODUCT LIABILITY LITIGATION       )  **District Judge:  Charles R. Breyer**
14                                    )

15  NATELLA KAYE COX                   )
                                       )
16                      Plaintiff,     )  **STIPULATION AND ORDER OF**
                                       )  **DISMISSAL WITH PREJUDICE**
17               vs.                   )
                                       )
18  MERCK & CO., INC; PFIZER, INC; JOHN )
   DOE ONE and JOHN DOE TWO           )
19                                    )
                    Defendants.        )
20

21
       Comes now the Plaintiff, NATELLA KAYE COX, and Defendants, by and through the
22
   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
23
   stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
24
   fees and costs.
25

26

27

28

                                        -1-

                 **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1    DATED: *12-14*, 2009          BUBALO HIESTAND & ROTMAN, PLC

2
                                   By Leslie M. Cronen
3                                     ─────────────────────────
                                       Leslie M. Cronen
4                                      Attorneys for Plaintiffs

5    DATED: Jan. 13, 2010          DLA PIPER LLP (US)

6                                  By: ─────────────────────────
                                       Michelle W. Sadowsky
7                                      Attorneys for Defendants

8

9

10   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**

11

12   Dated: __JAN 1 9 2010__

13                                 ─────────────────────────
                                   Hon. Charles R. Breyer
14                                 United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        -2-

─────────────────────────────────────────────────────────────────
                  **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**